**United States District Court**
For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6   PAUL LEPKNOWSKI,

7                    Plaintiff,              No. C 15-3680 EDL (PR)

8        v.                                  **ORDER OF TRANSFER**

9   A. RANGEL, et al.,

10                   Defendants.

11   _____/

12       This is a civil rights case brought pro se by a California state prisoner.  Plaintiff has

13   consented to magistrate judge jurisdiction.  (Docket No. 5.)  Plaintiff's complaint describes

14   events that occurred at the Valley State Prison in Chowchilla, California, which is located in

15   Madera County.  Defendants are also located in Madera County.  Madera County is located

16   within the venue of the United States District Court for the Eastern District of California.

17   Venue, therefore, properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b).

18       This case is **TRANSFERRED** to the United States District Court for the Eastern

19   District of California.  *See* 28 U.S.C. § 1406(a).

20       **IT IS SO ORDERED.**

21   Dated: November _18_, 2015.

                                             _____
22                                           ELIZABETH D. LAPORTE
                                             United States Magistrate Judge
23

24   P:\PRO-SE\EDL\CR.15\Lepknowski680trn.wpd

25

26

27

28