# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LEPKOWSKI, | Case No. 1:15-cv-01760 DLB PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO FOR COPIES |
| v. | [ECF No. 15] |
| A. RANGEL, et al., | |
| Defendants. | |

Plaintiff Paul Lepkowski ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. On September 11, 2015, Plaintiff filed a civil rights complaint in this action pursuant to 42 U.S.C. § 1983. The complaint is currently pending screening by the Court.

On December 21, 2015, Plaintiff filed a motion to receive copies of exhibits he filed in this case. He states he was not aware that he should not send original exhibits to the Court until he received the First Informational Order. Plaintiff is advised that he must make his request to the Clerk's Office. Further, the Clerk's Office does not provide free copies of documents to parties, and In Forma Pauperis status does not include the cost of copies. Copies up to 20 pages may be made by the Clerk's Office at a charge of $.50 per page. For larger copy orders, Plaintiff should contact Attorney's Diversified Service (ADS) by writing to them at 741 N. Fulton Street,

Fresno, CA 93728, by phoning 1-800/842-2695, by faxing a request to 559/486-4119, or by leaving a voice mail at 559/259-8544.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for copies of exhibits is DENIED.

IT IS SO ORDERED.

Dated:   **December 25, 2015**                    /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE